**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DONNA WILSON**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**ROBERT W. SEIBERT, JR.,** ***official and individual capacity*****; CRAIG H. ALEXANDER, ESQ.,** ***official and Individual capacity*****; LINCOLN WAREHOUSES, INC.; HARMAR TOWNSHIP,** ***official capacity*****; EDWARD M. CRATES,** ***official and individual capacity*****; LOU ANN WRIGHT,** ***official and individual capacity*****; TIMOTHY E. McROBERTS,** ***official and individual capacity*****; ALPHA ENGINEERING; ANTHONY MALES,** ***individual capacity*****; JAMIE SHAW,** ***official and individual capacity*****; JOSEPH LEORA,** ***official and individual capacity*****; WILLIAM NOBLE,** ***individual capacity*****,**<br><br>**Defendants.** | ) | **Civil No. 26-684** |

**MEMORANDUM ORDER**

Plaintiff commenced this action by filing a Complaint against nine Defendants. There are several matters to be addressed to permit this case to proceed.

## I. SERVICE

The record reflects that service was made upon the following seven Defendants:

- Robert W. Seibert, Jr.(answer due 10/30/26),
- Lincoln Warehouses, Inc. (answer due 10/30/26),
- Harmar Township (motion to dismiss filed 9/28/2026 ECF No. 30),
- Timothy E. McRoberts (motion to dismiss filed 9/28/2026, ECF No. 32),
- Alpha Engineering (motion to dismiss filed 10/19/26 ECF No. 37),
- Anthony Males (motion to dismiss filed 10/19/26 ECF No. 37).

The record also reflects that two Defendants were served but neither has filed an answer or response to the Complaint, which was due by September 28, 2026. The two Defendants are Edward M. Crates and Joseph Leora. Lastly, there is no record evidence to show that service ever been made upon the following Defendants: Craig H. Alexander and Lou Ann Wright.[1]

## II. AMENDED COMPLAINT and MOTIONS TO DISMISS

On October 19, 2026, Plaintiff filed an Amended Complaint, which date is 21 days from September 28, 2026. On September 28, 2026, Harmar Township and Timothy McRoberts filed their Motions to Dismiss. Pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), a plaintiff may amend a complaint "once as a matter of course, " no later than "21 days after service of a motion under Rule 12(b)." Fed. R. Civ. Proc 15(a)(1)(B). Thus, Plaintiff's Amended Complaint, filed on October 19, 2026, originally filed at Docket No. 39, and refiled with corrections at Docket No. 40, is the complaint of record in this case. Accordingly, the Motions to Dismiss filed prior to the filing of the Amended Complaint will be dismissed as moot. The Defendants who have filed said Motions to Dismiss will be ordered to file an answer or other response to the Amended Complaint no later than November 4, 2026.

Defendants Seibert and Lincoln Warehouses have a current answer deadline of October 30, 2026. The Court will, *sua sponte*, extend the due date fro these two Defendants to align with the above-imposed November 4, 2026 deadline. Seibert and Lincoln Warehouses are thus directed to file their answer or other response to the Amended Complaint, no later than November 3, 2026.

---

[1] Lou Ann Wright is aware of this lawsuit as she sent a letter to Robert Seibert, which was copied to the Court, requesting legal representation for this case. ECF No. 36. The letter does not establish that service was made upon Ms. Wright, as she only says that she "received notification of the lawsuit filed by Donna Wilson . . in which I am named in both my "official and individual capacity.'" *Id.* at 1.

## III. SERVICE and FAILURE TO PROSECUTE

Two Defendants appear to have not been served. The Court will direct that Plaintiff demonstrate on the record that timely service has been made upon Craig H. Alexander and Lou Ann Wright, or said Defendants may be dismissed from this action for Plaintiff's failure to serve.

Finally, a waiver of service of summons as to Edward M. Crates and Joseph Leora was filed on August 18, 2026, with an answer due date of September 28, 2026. ECF No. 11. As of the date of this Order, no answer has been filed by either Crates or Leora. Plaintiff has not sought a default or default judgment from either Defendant. Plaintiff will be directed to show cause by November 3, 2026, why this action should not be dismissed against Crates and Leora for Plaintiff's failure to prosecute.

Accordingly, the following Order is hereby entered.

AND NOW, this 21st day of October 2026, it is hereby ORDERED that Plaintiff's Amended Complaint, filed at Docket No. 40, is the operative complaint in this case. Accordingly, it is ORDERED that the Motions to Dismiss filed by Harmar Township (ECF No. 30). Timothy E. McRoberts (ECF No. 32), Alpha Engineering (ECF No. 37), and Anthony Males (ECF No. 37) are dismissed as moot.

IT IS FURTHER ORDERED that Defendants Robert W. Seibert, Jr., Lincoln Warehouses, Inc., Harmar Township, Timothy E. McRoberts, Alpha Engineering, and Anthony Males shall file an Answer or other Response to the Amended Complaint by November 4, 2026.

IT IS FURTHER ORDERED that Plaintiff demonstrate on the record that Defendants Craig H. Alexander and Lou Ann Wright have been timely served. The failure to establish timely service may result in said Defendants dismissal from this action.

Finally, a waiver of service of summons as to Edward M. Crates and Joseph Leora was filed on August 18, 2026, with an answer due date of September 28, 2026. ECF No. 11. As of the date of this Order, no answer has been filed by either Crates or Leora and Plaintiff has not sought a default or default judgment from either Defendant. Accordingly, Plaintiff is ORDERED to show cause by November 3, 2026, why this action should not be dismissed against Crates and Leora for Plaintiff's failure to prosecute.

s/*Marilyn J. Horan*
Marilyn J. Horan
United States District Court Judge

Donna Wilson
7 Denny Estates
Pittsburgh, PA 15238