**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DONNA WILSON** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil No. 26-684** |
| | ) | |
| **ROBERT W. SEIBERT, JR.,** ***official and individual capacity*****; et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

Presently before the Court is Plaintiff' Donna Denise Wilson's Motion to Stay Proceedings and Motion for Appointment of Counsel. ECF No. 53.

Ms. Wilson seeks a stay of this case for 90 days. The Court GRANTS the Motion, in part, and ORDERS that this action is stayed until January 4, 2027.

With respect to the pending Motions to Dismiss, Ms. Wilson's Responses to said Motions are due by January 4, 2027. Defendants' Replies are due fourteen days later

With respect to Defendants who have been properly served, but who have not filed an Answer or other response, said Defendants shall file an Answer or response by January 4, 2027, unless the date of service, or other mechanism, requires that an Answer is due later than January 4, 2027.

If Ms. Wilson decides to seek any extension of the Stay, she shall file an appropriate motion no later than December 15, 2026. Said motion shall include an explanation of any medical reason that Ms. Wilson claims supports the need for an extension. Any such medical documentation and explanation may be filed under seal. If Ms. Wilson wants to file any such document under seal she shall, in her motion, refer to this Order so that the Clerk of Courts is aware that the Court has authorized such under-seal filing.

Ms. Wilson also seeks appointment of pro bono counsel. It is premature to appoint counsel for Ms. Wilson. Pursuant to statute, the Court has the authority "to *request* an attorney to represent any person unable to afford counsel." 28 U.S.C. § 1915(e)(1) (emphasis added). Thus, as pro se, *in forma pauperis*, litigant Ms. Wilson has no right to appointed counsel. "Indigent civil litigants possess neither a constitutional nor a statutory right to appointed counsel." *Parkell v. Danber*, 833 F.3d 313, 340 (3d Cir. 2016) (quoting *Montgomery v. Pinchak*, 294 F.3d 492, 498 (3d Cir. 2002)).

In *Tabron v. Grace*, the United States Court of Appeals for the Third Circuit announced the factors that are to be considered by a district court in deciding whether to exercise its discretion and seek counsel for an indigent litigant in a civil case. 6 F.3d 147, 153 (3d Cir. 1993). Following *Tabron*, the first factor for consideration by a district court is to decide whether the plaintiff's claim has "some merit in fact and law." *Parham v. Johnson*, 126 F.3d 454, 457 (3d Cir.1997) (citing *Tabron*, 6 F.3d at 157). Given the early stage of this litigation, the Court determines that it is too early to make a determination as to whether this case has any merit, either in fact or in law.

As a pro se litigant, Ms. Wilson retains the benefit of *Haines v. Kerner*, 404 U.S. 519 (1972) and its progeny, which provide that courts must liberally construe pro se pleadings. Considering the severe shortage of experienced and knowledgably attorneys, who are willing to take cases pro bono, it does not appear that this case presently merits a Court request for counsel to represent Ms. Wilson pursuant to 28 U.S.C. § 1915(e). Additionally, Local Civil Rule 10.C, applicable to incarcerated individual's but instructive in all cases, indicates that "[a]bsent special circumstances, no motions for the appointment of counsel will be granted until after dispositive motions have been resolved." *See also Parkell v. Danber*, 833 F.3d 313, 340 (3d Cir. 2016)

(quoting *Smith-Bey v. Petsock*, 741 F.2d 22, 26 (3d Cir. 1984) ("Appointing counsel for an indigent civil litigant is 'usually only granted upon a showing of special circumstances"). Accordingly, the Motion to Appoint Counsel is DENIED without prejudice.

IT IS SO ORDERED.

BY THE COURT:

DATED: November 13, 2026

__s/*Marilyn J. Horan*___
Marilyn J. Horan
United States District Judge

Donna Wilson
7 Denny Estates
Pittsburgh, PA 15238